# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FANON ZUBER,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 22-CV-3661** |
| | : | |
| **JAIME SORBER,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 20th day of April, 2023, upon consideration of Plaintiff Fanon Zuber's Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDCE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

2. No leave to amend will be granted.

3. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ John R. Padova

**JOHN R. PADOVA, J.**